UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLETCHER ABRAM III | CIVIL ACTION |
| VERSUS | NO.: |
| ASHLAND SERVICES, LLC | SECTION: |
| | MAGISTRATE: |

### SEAMAN'S COMPLAINT FILED WITHOUT PREPAYMENT OF FEES PURSUANT TO 28 U.S.C. §1916

The complaint of Fletcher Abram III, through undersigned counsel, represents:

I.

Fletcher Abram III is a person of the full age of majority.

II.

ASHLAND SERVICES, LLC. is believed and therefore averred to be a Louisiana limited liability corporation doing business in the State of Louisiana within the jurisdiction of this Court.

III.

At all times material herein, complainant was an employee of Ashland Service, LLC and was a seaman pursuant to the Jones Act, 46 U.S.C. App. §30104.

IV.

At all times material, complainant was a crewmember of and assigned to the vessel #26, a vessel which was engaged in navigation upon the navigable waters of the United States and which vessel is averred to have been owned, operated, manned, managed and/or chartered by defendant Ashland Service, LLC .

## FIRST CAUSE OF ACTION UNDER THE JONES ACT

V.

On or about August 8, 2010, complainant was in the active service of the vessel identified above. On said date, complainant suffered injuries while in the course and scope of his employment aboard the abovementioned vessel due to the negligence of the defendant.

## SECOND CAUSE OF ACTION UNDER THE GENERAL MARITIME LAW

VI.

It is also alleged defendant failed to provide a safe and seaworthy vessel with proper equipment, appurtenances, ingress/egress, and manning, and failed to provide proper, sufficient, and properly trained crew members, all of which rendered the vessel and its appurtenances unseaworthy pursuant to the General Maritime Laws of the United States and said unseaworthiness caused or contributed to the complainant's damages.

VII.

As a result of the negligent acts of defendant and the unseaworthiness of the above mentioned vessel, complainant suffered serious and permanent injuries, which required and continues to require medical treatment.

VIII.

Complainant's damages include physical pain and suffering past, present and future; mental pain and suffering past, present and future; loss of wages; loss of future wages; loss of future wage earning capacity; permanent physical impairment and disability; loss of found; loss of fringe benefits; said damages in an amount of SEVEN HUNDRED FIFTY THOUSAND AND NO/100 ($750,000.00) DOLLARS.

IX.

Complainant is also entitled to punitive damages against defendant under the General Maritime Laws of the United States as to the unseaworthiness claim.

X.

Complainant's damages were not caused by want of care on his part but were due to the negligence of defendant and/or the unseaworthy condition of defendant's vessel and its equipment and/or appurtenances.

XI.

Jurisdiction of this Court is pursuant to the Jones Act, 46 U.S.C. App. §688 and the general maritime laws of the United States.

## THIRD CAUSE OF ACTION UNDER THE GENERAL MARITIME LAW

XII.

On the above date, complainant was in service of the vessel #26, believed to have been owned, operated, controlled, chartered and/or manned by defendant Ashland Service, LLC .

XIII.

Complainant is entitled to maintenance and cure. Upon being informed of the condition he developed while in the course and scope of his employment aboard the vessel, it was the duty of defendant Ashland Service, LLC, as complainant's employer, to furnish complainant with the expenses of his maintenance and cure.

XIV.

Complainant has been denied proper maintenance and cure.

XV.

Complainant is entitled to maintenance and cure from August 8, 2010 to date and for every day thereafter, with defendant to be given credit for the amounts of cure previously paid.

XVI.

Defendant has neglected and failed to provide medical treatment for complainant., despite amicable demand. Complainant is entitled therefore to non-pecuniary damages, maintenance, the actual cure, punitive damages and attorney's fees.

WHEREFORE, complainant prays this suit be filed and defendant be served and cited to answer same and after due proceedings had there be judgment rendered herein in favor of Fletcher Abram III and against defendants ASHLAND SERVICES, LLC, on the first and second causes of action, in the amount of SEVEN HUNDRED FIFTY THOUSAND AND NO/100 ($750,000.00) DOLLARS with interest from date of loss and all costs of these proceedings; for judgment herein in favor of complainant Fletcher Abram III and against defendant Ashland Service, LLC on the third cause of action for maintenance and cure benefits from August 8, 2010 to date and each day thereafter, with credit for previous maintenance and cure paid; maintenance and cure until

complainant reaches maximum medical cure; and in addition thereto, attorney's fees, non-pecuniary damages, punitive damages and interest as provided by law and taxable costs; and all general and equitable relief as allowed by law.

/s/ *[signature]*
LAWRENCE A. ARCELL   Bar #2513
LAW OFFICE OF LAWRENCE A. ARCELL LLC
4240 Canal Street
New Orleans, Louisiana  70119
Phone:  (504) 309-6731
larryarcell@gmail.com
Attorney for Complainant

/s/ *[signature]*
MICHAEL E. KATZ, Esq.  (La. Bar #7648)
LAW OFFICES OF MICHAEL E. KATZ, LLC
829 Baronne Street
New Orleans, LA 70113
Tel: 504-581-1394
Fax: 504-581-7651
mkatz@mkatzllc.com
Attorney for Complainant

**PLEASE SERVE:**

**ASHLAND SERVICES LLC**
through its agent for service of process
RORY BLANCHARD
3260 BARATARIA BLVD
MARRERO, LA 70072