UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLETCHER ABRAM III | CIVIL ACTION |
| VERSUS | NO.: 12-232 "A"(4) |
| ASHLAND SERVICES, LLC | |

## SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant who supplements and amends the original complaint in this matter as follows:

A.

To add paragraph XVII as follows:

"XVII.

This matter arises under the admiralty and maritime jurisdiction of this Court for purposes of Rules 14c, 38(e), 82 and the Supplemental Rules of Certain Admiralty and Maritime Claims. Therefore complainant pleads for trial by judge pursuant to the Federal Rules of Civil Procedure Rule 9(h)."

B.

Complainant reiterates all allegations of his original complaint as if copied herein *in extenso*.

WHEREFORE, premises considered, complainant prays this amended and supplemental complaint be filed and defendant be served and cited to answer same and after due proceedings had there be judgment rendered herein in favor of Fletcher Abram III and against defendant ASHLAND SERVICES, LLC, on the first and second causes of action, in the amount of SEVEN HUNDRED FIFTY THOUSAND AND NO/100 ($750,000.00) DOLLARS with interest from date of loss and all costs of these proceedings; for judgment herein in favor of complainant Fletcher Abram III and against defendant Ashland Service, LLC on the third cause of action for maintenance and cure benefits from August 8, 2010 to date and each day thereafter, with credit for previous maintenance and cure paid; maintenance and cure until complainant reaches maximum medical cure; and in addition thereto, attorney's fees, non-pecuniary damages, punitive damages and interest as provided by law and taxable costs; and all general and equitable relief as allowed by law. Further, complainant prays for trial before a judge pursuant to Federal Rules of Civil Procedure Rule 9(h).

LAWRENCE A. ARCELL  Bar #2513
LAW OFFICE OF LAWRENCE A. ARCELL LLC
4240 Canal Street
New Orleans, Louisiana 70119
Phone: (504) 309-6731
larryarcell@gmail.com
Attorney for Complainant

/s/ Michael Katz

MICHAEL E. KATZ, Esq. (La. Bar #7648)
LAW OFFICES OF MICHAEL E. KATZ, LLC
829 Baronne Street
New Orleans, LA 70113
Tel: 504-581-1394
Fax: 504-581-7651
mkatz@mkatzllc.com
Attorney for Complainant