UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FLETCHER ABRAM III            CIVIL ACTION

VERSUS                              NO.:       12-232 "A"(4)

ASHLAND SERVICES, LLC

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant who supplements and amends his Complaint and his First Supplemental and Amending Complaint as follows:

A.

To add paragraph IIa:

ENVIRONMENTAL EQUIPMENT, INC. is believed and therefore averred to be a Louisiana corporation doing business in the State of Louisiana within the jurisdiction of this Court.

To add paragraph IIb:

RODNEY BOUDREAUX, JR. is believed and therefore averred to be a person of the full age of majority domiciled within the jurisdiction of this Court.

To amend and supplement paragraph IV to read as follows:

At all times material, complainant was a crewmember of and assigned to the vessel #26,

a vessel which was engaged in navigation upon the navigable waters of the United States and which vessel is averred to have been owned, operated, manned, managed and/or chartered by defendants Ashland Service, LLC, Environmental Equipment, Inc. and/or Rodney Boudreaux, Jr.

To amend paragraphs V, VI, VII, IX, X, XV and XVI and change the word "defendant" to "defendants" in each paragraph.

To amend and supplement paragraph XII as follows:

On the above date, complainant was in service of the vessel #26, believed to have been owned, operated, controlled, chartered and/or manned by defendants Ashland Service, LLC, Environmental Equipment, Inc. and/or Rodney Boudreaux, Jr.

To amend and supplement paragraph XIII as follows:

Complainant is entitled to maintenance and cure. Upon being informed of the condition he developed while in the course and scope of his employment aboard the vessel, it was the duty of defendants Ashland Service, LLC, Environmental Equipment, Inc. and/or Rodney Boudreaux, Jr., as complainant's employer, to furnish complainant with the expenses of his maintenance and cure.

B.

Complainant reiterates all allegations of his Original Complaint and First Supplemental and Amending Complaint as if copied herein *in extenso*.

C.

Complainant reavers that this matter arises under the admiralty and maritime jurisdiction of this Court for purposes of Rules 14c, 38(e), 82 and the Supplemental Rules of Certain Admiralty and Maritime Claims. Therefore complainant pleads for trial by judge pursuant to the Federal Rules of Civil Procedure Rule 9(h).

WHEREFORE, complainant prays this Second Supplemental and Amending Complaint be filed and defendants be served with the original complaint, the First Supplemental and Amending complaint and the Second Supplemental and Amending Complaint and cited to answer same and after due proceedings had there be judgment rendered herein in favor of Fletcher Abram III and against defendants ASHLAND SERVICES, LLC, ENVIRONMENTAL EQUIPMENT, INC. and/or RODNEY BOUDREAUX, JR., *in solido*, on the first and second causes of action, in the amount of SEVEN HUNDRED FIFTY THOUSAND AND NO/100 ($750,000.00) DOLLARS with interest from date of loss and all costs of these proceedings; for judgment herein in favor of complainant Fletcher Abram III and against defendant ASHLAND SERVICE, LLC, ENVIRONMENTAL EQUIPMENT, INC. and/or RODNEY BOUDREAUX, JR., on the third cause of action for maintenance and cure benefits from August 8, 2010 to date and each day thereafter, with credit for previous maintenance and cure paid; maintenance and cure until complainant reaches maximum medical cure; and in addition thereto, attorney's fees, non-pecuniary damages, punitive damages and interest as provided by law and taxable costs; and all general and equitable relief as allowed by law.

Complainant further prays for trial by judge under the admiralty and maritime

jurisdiction of this Court pursuant to the Federal Rules of Civil Procedure Rule 9(h).

_____
LAWRENCE A. ARCELL  Bar #2513
LAW OFFICE OF LAWRENCE A. ARCELL LLC
4240 Canal Street
New Orleans, Louisiana 70119
Phone: (504) 309-6731
larryarcell@gmail.com
Attorney for Complainant

/s/ Michael Katz
_____
MICHAEL E. KATZ, Esq. (La. Bar #7648)
LAW OFFICES OF MICHAEL E. KATZ, LLC
829 Baronne Street
New Orleans, LA 70113
Tel: 504-581-1394
Fax: 504-581-7651
mkatz@mkatzllc.com
Attorney for Complainant